NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN LEDBETTER, DOC #909744,          )
                                      )
            Appellant,                )
                                      )
v.                                    )
                                      )       Case No.  2D17-4408
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____  )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

David Maldonado, Lakeland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.